# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1678 | **DATE** | 04/28/10 |
| **CASE TITLE** | Rose Weistock vs. Midwestern Regional Medical Center | | |

**DOCKET ENTRY TEXT**

The parties hereby agreed that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. IT IS HEREBY ORDERED: This case is dismissed without prejudice. Plaintiff may file a motion to reinstate, a motion to enforce the parties' settlement agreement, or a motion for additional time to file a motion to reinstate or a motion to enforce settlement agreement on or before 05/28/10. In the event no motion listed above is filed on or before 05/28/10, the case shall be deemed dismissed with prejudice on the next business day without further order of the Court.

Notices mailed by Judicial staff.

00:00

| | Courtroom Deputy Initials: | LXS |
|---|---|---|